IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| YVETTE GRIFFIN, individually and on behalf of all others similarly situated, 2047 Montrose Dr. East Point, Georgia 30349<br><br>Plaintiff,<br><br>v.<br><br>THE BALTIMORE LIFE INSURANCE COMPANY, a Maryland corporation, 10075 Red Run Road Owings Mills, Maryland 21117<br><br>Defendant. | Case No. 1:20-cv-00476-ELH<br><br>JOINT STIPULATION TO EXTEND ALL DEADLINES<br><br>Approved<br>ELH<br>USDJ<br>11/10/20 |

Plaintiff Yvette Griffin ("Plaintiff" or "Griffin") and Defendant The Baltimore Life Insurance Company ("Baltimore Life" or "Defendant"), through their counsel, stipulate as follows:

WHEREAS, on May 27, 2020, the Court issued a Scheduling Order in this case (Dkt. 25), establishing the following deadlines:

July 29, 2020: Moving for joinder of additional parties and amendment of pleadings

October 5, 2020: Plaintiff's Rule 26(a)(2) disclosures

November 5, 2020: Defendant's Rule 26(a)(2) disclosures

November 19, 2020: Plaintiff's rebuttal Rule 26(a)(2) disclosures

November 30, 2020: Rule 26(e)(2) supplementation of disclosures and responses

December 21, 2020: Discovery deadline; submission of status report

January 5, 2021: Response to requests for admission

February 1, 2021: Dispositive pretrial motions deadline

February 17, 2021: Class Certification Motions deadline, unless a summary judgment

1

motion is pending.

WHEREAS, on July 29, 2020, Defendant filed (and the Court granted) a motion for leave to file a third-party complaint (Dkts. 26, 27);

WHEREAS, on September 14, 2020 and October 26, 2020, the third-party defendants filed (and were granted) motions for extensions of time to answer or otherwise plead (Dkts. 34, 36);

WHEREAS, Plaintiff and Defendant respectfully request that the Court extend the upcoming case deadlines by a period of four (4) months. The additional time will permit the Parties sufficient time to complete discovery once the third-party defendants file their responsive pleadings. The proposed new deadlines are as follows:

April 21, 2021: Discovery deadline; submission of status report

May 5, 2021: Response to requests for admission

June 1, 2021: Dispositive pretrial motions deadline

June 17, 2021: Class Certification Motions deadline, unless a summary judgment motion is pending.

WHEREAS, the proposed extension is made for good cause and is not sought for an improper purpose.

Respectfully Submitted,

Dated: November 10, 2020

YVETTE GRIFFIN, individually and on behalf of all others similarly situated,

By: /s/ Patrick H. Peluso
One of Plaintiff's Attorneys

Martin Wolf

2

Gordon, Wolf, & Carney, Chtd.
102 W. Pennsylvania Avenue, Suite 402
Towson, Maryland 21204
mwolf@GWCfirm.com
Tel: 410-825-2300
Fax: 410-825-0066

Patrick H. Peluso*
(ppeluso@woodrowpeluso.com)
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Putative Class*

*pro hac vice*

THE BALTIMORE LIFE INSURANCE CO.,

Dated: November 10, 2020            By:    /s/    Thomas J. Cunningham

Cynthia Maskol
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
500 East Pratt Street, Suite 600
Baltimore, MD 21202-3173
410.962.5288 (Direct)
410.539.1800 (Main)
410.962.8758 (Fax)
cynthia.maskol@wilsonelser.com

Thomas J. Cunningham
**Locke Lord LLP**
777 South Flagler Drive – East Tower Suite 215
West Palm Beach, FL 33401
561-820-0201 Direct

3

561-828-6431 Fax
tcunningham@lockelord.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2020, I caused the foregoing to be filed with the Court using the Court's electronic filing system.

/s/ Patrick H. Peluso