IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **YVETTE GRIFFIN,** individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**THE BALTIMORE LIFE INSURANCE COMPANY**, a Maryland Corporation,<br><br>*Defendant.* | Case No. 1:20-cv-00476-ELH |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant, through their undersigned counsel, hereby stipulate and agree to the dismissal of this action in its entirety with prejudice with respect to all claims alleged by Plaintiff against Defendant, with all parties to bear their own attorneys' fees and expenses. Defendant's Third-Party claims against Third-Party Defendants Q3M Insurance Solutions, LLC, Robert Hudson, and Atreanua Carr shall not be dismissed.

There being no class certified in this action and no motion for certification filed, this stipulation shall have no effect on the putative claims of any persons other than the named Plaintiff.

WHEREFORE, Plaintiff and Defendant request that Plaintiff's action against Defendant be terminated and dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

DATED:   February 11, 2022         **YVETTE GRIFFIN**

                                    /s/ Patrick H. Peluso

Patrick Harry Peluso
Woodrow and Peluso, LLC
3900 E. Mexico Avenue – Suite 300
Denver, CO 80210
Telephone 720-213-0676
ppeluso@woodrowpeluso.com

Martin Eugene Wolf
Gordon, Wolf & Carney, Chtd.
100 W. Pennsylvania Avenue – Suite 100
Towson, MD 21204
Telephone 410-825-0066
mwolf@GWCfirm.com

**THE BALTIMORE LIFE INSURANCE COMPANY**


/s/ Thomas J. Cunningham
Cynthia Maskol
Wilson Elser Moskowitz Edelman & Dicker LLP
500 East Pratt Street, Suite 600
Baltimore, MD 21202 -3173
410.962.5288 (Direct)
410.539.1800 (Main)
410.962.8758 (Fax)
cynthia.maskol@wilsonelser.com

Thomas J. Cunningham (*pro hac vice*)
561-820-0201 (Direct)
tcunningham@lockelord.com
Steven J. Brotman (*pro hac vice*)
561-820-0214 (Direct)
Steven.brotman@lockelord.com
Locke Lord LLP
777 South Flagler Dr.
Suite 215 East Tower
West Palm Beach, FL 33401